MATTHEW MANNISTO – 10354
4265A Halenani Street
Lihue, Hawaii 96766
Tel: (808) 245-2891
Matt@MannistoLaw.com

Attorney for Plaintiff
JARED RAYMOND

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JARED RAYMOND, | CIVIL NO. 1:20-cv-00556-HG-KJM |
| -against- | STIPULATION FOR DISMISSAL OF ALL CLAIMS AND ALL PARTIES WITHOUT PREJUDICE AND ORDER |
| CLIFFS CLUB INTERVAL OWNERS ASSOCIATION D/B/A THE CLIFFS AT PRINCEVILLE | |

STIPULATION TO DISMISS ALL CLAIMS AND
ALL PARTIES WITHOUT PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff JARED RAYMOND and Defendant CLIFFS CLUB INTERVAL OWNERS ASSOCIATION dba THE CLIFFS AT PRINCEVILLE, by and through their undersigned counsel, and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure and Local Rule 41.1 of the Local Rules of Practice for the United States District Court for the District of Hawaii, that all claims and all

21221 STIP 03

parties are dismissed herein without prejudice, each party to bear his/its own attorneys' fees and costs.

Trial in this matter has not been set.

DATED: Honolulu, Hawaii, March 11, 2021.

/s/ Matthew Mannisto
MATTHEW MANNISTO
Attorney for Plaintiff
JARED RAYMOND

/s/ Malia E. Schreck
MALIA E. SCHRECK
Attorney for Defendant
CLIFFS CLUB INTERVAL
OWNERS ASSOCIATION dba THE
CLIFFS AT PRINCEVILLE

APPROVED AS TO FORM.

DATED:   Honolulu, Hawaii, March 11, 2021



Helen Gillmor
Senior United States District Judge

Jared Raymond v. Cliffs Club Interval Owners Assc. d/b/a The Cliffs at Princeville, 20-cv-00556 HG-KJM, Stipulation for Dismissal of All Claims and All Parties Without Prejudice and Order